# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

BARNSTABLE COUNTY MUTUAL )
INSURANCE COMPANY, as subrogee of )
Phyllis and Edward Powers-Philie, )
                                          )
                   *Plaintiff*, )
                                          )
                      v.                  )    Case No.:
                                          )
WHIRLPOOL CORPORATION, )
                                          )
                   *Defendant*. )

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Whirlpool Corporation ("Whirlpool"), expressly reserving all rights otherwise to respond to this lawsuit, hereby removes the above-captioned case, which was filed in the Superior Court of Barnstable County, Massachusetts, as Case No. 2072CV00444, to the United States District Court for the District of Massachusetts.

## PROCEDURAL HISTORY

1. This case is a civil action filed on or about November 13, 2020, in the Superior Court of Barnstable County, styled *Barnstable County Mutual Insurance Company a/s/o Phyllis & Edward Powers-Philie v. Whirlpool Corporation*, Case No. 2072CV00444. Whirlpool was served with the Summons and Complaint on December 1, 2020.

2. Removal is timely under 28 U.S.C. § 1446(b). Whirlpool has filed this Notice of Removal within thirty (30) days of service of the Summons and Complaint.

3. Removal to this Court is proper because the District of Massachusetts, Boston Division is the district and division embracing the place (Barnstable County, Massachusetts) where the action was filed. 28 U.S.C. § 1441(a).

4. As required by 28 U.S.C. § 1446(a), Whirlpool has attached to this notice "a copy of all process, pleadings, and orders served upon" it. *See* Exhibit A.

5. Upon filing this Notice of Removal, Whirlpool will provide written notification to Plaintiff's counsel and will file a Notice of Filing Notice of Removal (attaching a copy of this Notice of Removal) with the Superior Court of Barnstable County.

## CITIZENSHIP OF THE PARTIES

6. Plaintiff, Barnstable County Mutual Insurance Company, as subrogee of Phyllis and Edward Powers-Philie ("Plaintiff"), is a corporation organized and existing under the laws of Massachusetts, with its principal place of business in Massachusetts. *See* Complaint, at ¶ 1. Therefore, Plaintiff is a citizen of the commonwealth of Massachusetts.[1]

7. Whirlpool is a corporation organized and existing under the laws of Delaware, with its principal place of business in Michigan. Therefore, Whirlpool is a citizen of the states of Delaware and Michigan. *See Hertz Corp. v. Friend*, 559 U.S. 77, 93 (2010) (holding that a corporation is a citizen of its place of incorporation and its "principal place of business," which is "the actual center of direction, control, and coordination" of the corporation's activities).

8. Therefore, Plaintiff and Whirlpool are citizens of different states and complete diversity of citizenship for purposes of removal exists.

---

[1] While not real parties in interest for purposes of determining diversity jurisdiction, Plaintiff's subrogors, Phyllis and Edward Powers-Philie, are also citizens of Massachusetts. *See* Complaint, at ¶ 2. *See* "Diversity between parties depends on the citizenship of the subrogee []—not the subrogor []." *Metropolitan Prop. & Cas. Ins. Co. v. Pest Doctor Systems, Inc.*, 2015 WL 4945767, No. 3:14-cv-143, at *1 n. 1 (Aug. 20, 2015 S.D. Ohio) (citing *Cont'l Cas. Co. v. Ohio Edison Co.*, 126 F.2d 423, 425-26 (6th Cir. 1942)).

## JURISDICTION EXISTS PURSUANT TO 28 U.S.C. § 1332

9. This Court has jurisdiction over this action under 28 U.S.C. §§ 1332 and 1446(b) because (1) there is complete diversity of citizenship between Plaintiff and Whirlpool, and (2) the amount in controversy exceeds $75,000, exclusive of interest and costs.

10. As set forth in the immediately preceding section, this case involves "citizens of different States." *See* 28 U.S.C. § 1441(b).

11. Plaintiff seeks damages in the amount of $169,931.57. *See* Civil Action Cover Sheet filed with Plaintiff's Complaint.

12. Thus, the amount in controversy in this matter exceeds $75,000, exclusive of interest and costs, as required by 28 U.S.C. § 1332(a).

13. Removal of this action is not prohibited by 28 U.S.C. § 1445.

## TIMELINESS OF REMOVAL

14. Whirlpool filed this Notice of Removal within thirty (30) days of the date it was served with this removable action, and within the time prescribed for filing this Notice of Removal under 28 U.S.C. § 1446.

## **CONCLUSION**

For the foregoing reasons, Defendant Whirlpool Corporation removes this action from the Superior Court of Barnstable County, Massachusetts, to the United States District Court for the District of Massachusetts, Boston Division.

Dated:  December 10, 2020

                                                The Defendant,
WHIRLPOOL CORPORATION

/s/ Robert T. Treat
John F. Rooney, III, BBO#426895
Robert T. Treat, BBO#548530
Melick & Porter, LLP
Boston, MA  02109
Telephone:   (617) 523-6200
Facsimile:   (617) 523-8130
jrooney@melicklaw.com
rtreat@melicklaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 10th day of December, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

James T. Buchanan
Thomas Reis
Buchanan & Associates
124 Washington Street, Suite 303
Foxboro, MA  02035
Telephone:    (781) 255-0330
Facsimile:    (781) 255-0339
jtb@buchananassoc.com
Thomas.reis@buchananassoc.com

*Counsel for Plaintiff*

             /s/ Robert T. Treat
             Robert T. Treat